IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISIAH W. STROUD, JR., ) | |
| ) | No. 07CV6510 |
| Plaintiff, ) | |
| ) | Judge Holderman |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| ILLINOIS HOUSING ) | |
| DEVELOPMENT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT ILLINOIS HOUSING DEVELOPMENT AUTHORITY'S
AGREED MOTION FOR AN EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant Illinois Housing Development Authority ("IHDA") moves for the entry of an agreed order extending the time in which it may answer or otherwise plead in response to Plaintiff Isiah W. Stroud, Jr.'s ("Stroud's") complaint (the "Complaint") by thirty days, to January 10, 2008. In support of its motion, IHDA states as follows:

1. Stroud filed his putative employment discrimination Complaint pursuant to The Civil Rights Act of 1964, 42 U.S.C. 2000e, et seq., and Illinois defamation law on November 16, 2007.

2. IHDA was served with the Complaint and summons on or about November 21, 2007. Accordingly, IHDA's answer or other responsive pleading is currently due on December 11, 2007.

3. IHDA requires additional time in which to investigate the allegations of the Complaint and to prepare a responsive pleading. IHDA conferred with counsel for Stroud

2

regarding this motion and counsel for Stroud agreed to the relief requested in this motion via telephone on December 4, 2007.

                        Respectfully submitted,

                        /s/  David Jiménez-Ekman
                        David Jiménez-Ekman
                        Reena R. Bajowala
                        Jenner & Block LLP
                        330 N. Wabash Ave.
                        Chicago, IL 60611
                        (312) 923-2683
                        (312) 840-7683 (fax)

                        **ATTORNEYS FOR DEFENDANT**
                        **ILLINOIS HOUSING DEVELOPMENT**
                        **AUTHORITY**

Dated:  December 4, 2007

1604174.1

**CERTIFICATE OF SERVICE**

I, David Jiménez-Ekman, an attorney, hereby certify that on December 4, 2007, Defendant Illinois Housing Development Authority's Agreed Motion for an Extension of Time to Answer or Otherwise Plead was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system. In addition, I caused direct service upon the following counsel of record on December 4, 2007 via electronic mail and U.P.S. Overnight mail:

> Armand L. Andry
> Armand L. Andry & Associates
> One South Dearborn, Suite 2100
> Chicago, IL 60603
> Counsel for Plaintiff

> Respectfully submitted,

> /s/ David Jiménez-Ekman
> David Jiménez-Ekman
> Reena R. Bajowala
> Jenner & Block LLP
> 330 N. Wabash Ave.
> Chicago, IL 60611
> (312) 923-2683
> (312) 840-7683 (fax)

> **ATTORNEYS FOR DEFENDANT ILLINOIS HOUSING DEVELOPMENT AUTHORITY**

1604174.1