**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ISIAH W. STROUD, JR.,** | ) | |
| | ) | **No. 07CV6510** |
| **Plaintiff,** | ) | |
| | ) | **Judge Holderman** |
| **v.** | ) | |
| | ) | **Magistrate Judge Schenkier** |
| **ILLINOIS HOUSING** | ) | |
| **DEVELOPMENT AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

To:     Armand L. Andry
        Armand L. Andry & Associates
        One South Dearborn, Suite 2100
        Chicago, IL 60603
        Counsel for Plaintiff

        PLEASE TAKE NOTICE THAT on December 11, 2007, at 9:00 a.m., or at such time counsel may be heard, we shall appear before the Honorable James F. Holderman or any judge sitting in his stead, in Courtroom 2541 at the U.S. District Court, Northern District of Illinois, Everett McKinley Dirksen Building, Chicago, Illinois, and then and there present the attached Defendant Illinois Housing Development Authority's Agreed Motion for an Extension of Time in Which to Answer or Otherwise Plead, a copy of which is hereby served upon you.

                                        /s/  David Jiménez-Ekman
                                        David Jiménez-Ekman
                                        Reena R. Bajowala
                                        Jenner & Block LLP
                                        330 N. Wabash Ave.
                                        Chicago, IL 60611
                                        (312) 923-2683
                                        (312) 840-7683 (fax)

                                        **ATTORNEYS FOR DEFENDANT**
                                        **ILLINOIS HOUSING DEVELOPMENT**
                                        **AUTHORITY**

1604174.1