## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Isiah W. Stroud Jr.
                              Plaintiff,

v.                                                     Case No.: 1:07−cv−06510
                                                              Honorable James F. Holderman

Illinois Housing Development Authority
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

       MINUTE entry before Judge James F. Holderman : Defendant Illinois Housing Development Authority's agreed motion for extension of time to file answer or otherwise plead [7] is granted; defendant is given until 1/10/2008 to answer or otherwise plead to the complaint. If a motion is filed, it should be noticed for 1/15/2008 at 9:00 AM. Status hearing set for 1/15/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.