IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISIAH W. STROUD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ILLINOIS HOUSING ) <br> DEVELOPMENT AUTHORITY, ) <br> ) <br> Defendant. ) | No. 07CV6510 <br><br> Judge Holderman <br><br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:   Armand L. Andry
      Armand L. Andry & Associates
      One South Dearborn, Suite 2100
      Chicago, IL 60603
      Counsel for Plaintiff

    PLEASE TAKE NOTICE THAT on January 15, 2008, at 9:00 a.m., or at such time counsel may be heard, we shall appear before the Honorable James F. Holderman or any judge sitting in his stead, in Courtroom 2541 at the U.S. District Court, Northern District of Illinois, Everett McKinley Dirksen Building, Chicago, Illinois, and then and there present the attached Defendant Illinois Housing Development Authority's Rule 12(b)(6) Motion to Dismiss Count III of Plaintiff's Complaint, a copy of which is hereby served upon you.

/s/  David Jiménez-Ekman
David Jiménez-Ekman
Reena R. Bajowala
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2683
(312) 840-7683 (fax)

**ATTORNEYS FOR DEFENDANT
ILLINOIS HOUSING DEVELOPMENT
AUTHORITY**

## CERTIFICATE OF SERVICE

I, David Jiménez-Ekman, an attorney, hereby certify that on January 10, 2008, Defendant Illinois Housing Development Authority's Rule 12(b)(6) Motion to Dismiss Count III of Plaintiff's Complaint and Notice of Motion were filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of these filings will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access these filings through the Court's system. In addition, I caused direct service upon the following counsel of record on January 10, 2008 via electronic mail and U.P.S. Overnight mail:

>   Armand L. Andry
>   Armand L. Andry & Associates
>   One South Dearborn, Suite 2100
>   Chicago, IL 60603
>   Counsel for Plaintiff

Respectfully submitted,

/s/ David Jiménez-Ekman
David Jiménez-Ekman
Reena R. Bajowala
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2683
(312) 840-7683 (fax)

**ATTORNEYS FOR DEFENDANT
ILLINOIS HOUSING DEVELOPMENT
AUTHORITY**