IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISIAH W. STROUD, JR., | ) |
| | ) No. 07CV6510 |
| Plaintiff, | ) |
| | ) Judge Holderman |
| v. | ) |
| | ) Magistrate Judge Schenkier |
| ILLINOIS HOUSING | ) |
| DEVELOPMENT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## REPORT OF PARTIES PLANNING MEETING - FORM 35

1. **Pursuant to Fed.R.Civ.P. 26(f),** a meeting was held on January 11, 2008 via telephone and was attended by:

- Armand L. Andry for plaintiff; and

- David Jiménez-Ekman for defendant Illinois Housing Development Authority.

2. **Pre-Discovery Disclosures.** The parties will exchange by February 15, 2008 the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a) Discovery will be needed on the following subjects: the basis for plaintiff's allegations and damages claims.

   b) All discovery commenced in time to be completed by June 30, 2008.

   c) Maximum of 20 interrogatories by each party to any other party. Responses due 30 days after service.

   d) Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service.

e) Maximum of 5 depositions by plaintiff and 5 by defendant.

   Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

f) Reports from retained experts under Rule 26(a)(2) due:

   from plaintiff(s) by July 31, 2008.

   from defendant(s) by August 31, 2008.

g) Supplementations under Rule 26(e) due September 30, 2008.

h) The parties do not request a conference with the court before entry of the scheduling order.

i) The parties request a pretrial conference in November 2008.

j) Plaintiff should be allowed until February 15, 2008 to join additional parties and until March 1, 2008 to amend the pleadings.

k) Defendant should be allowed until March 1, 2008 to join additional parties and until March 15, 2008 to amend the pleadings.

l) All potentially dispositive motions should be filed by October 31, 2008.

m) Settlement cannot be evaluated prior to July 15, 2008.

n) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

   from plaintiff(s) by September 30, 2008.

   from defendant(s) by October 15, 2008.

o) Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

p) The case should be ready for trial by December 15, 2008 and at this time is expected to take approximately 4 days.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Armand L. Andry (with consent)<br>Armand L. Andry & Associates<br>One South Dearborn, Suite 2100<br>Chicago, IL 60603<br>Counsel for Plaintiff<br><br>**ATTORNEY FOR PLAINTIFF STROUD** | /s/ David Jiménez-Ekman<br>David Jiménez-Ekman<br>Reena R. Bajowala<br>Jenner & Block LLP<br>330 N. Wabash Ave.<br>Chicago, IL 60611<br>(312) 923-2683<br>(312) 840-7683 (fax)<br><br>**ATTORNEYS FOR DEFENDANT**<br>**ILLINOIS HOUSING DEVELOPMENT**<br>**AUTHORITY** |

Dated: January 11, 2008

1615259.2

## CERTIFICATE OF SERVICE

I, David Jiménez-Ekman, an attorney, hereby certify that on January 11, 2008, Report of Parties Planning Meeting - Form 35 was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system. In addition, I caused direct service upon the following counsel of record on January 11, 2008 via electronic mail and U.P.S. Overnight mail:

> Armand L. Andry
> Armand L. Andry & Associates
> One South Dearborn, Suite 2100
> Chicago, IL 60603
> Counsel for Plaintiff

> Respectfully submitted,

> /s/ David Jiménez-Ekman
> David Jiménez-Ekman
> Reena R. Bajowala
> Jenner & Block LLP
> 330 N. Wabash Ave.
> Chicago, IL 60611
> (312) 923-2683
> (312) 840-7683 (fax)
>
> **ATTORNEYS FOR DEFENDANT
> ILLINOIS HOUSING DEVELOPMENT
> AUTHORITY**

1615319.1