**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Isiah W. Stroud Jr.
                              Plaintiff,

v.                                                 Case No.: 1:07−cv−06510
                                                       Honorable James F. Holderman

Illinois Housing Development Authority
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge James F. Holderman : Status hearing held on 1/15/2008 and is continued to 2/14/2008 at 9:00 AM. Briefing on defendant's motion to dismiss Count III of Plaintiff's Complaint [Rule 12(B)(6)] [12] is suspended. Plaintiff to provide his settlement demand to the defendant by 1/22/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.