UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Isiah W. Stroud Jr.
           Plaintiff,

v.                Case No.: 1:07−cv−06510
                Honorable James F. Holderman

Illinois Housing Development Authority
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

  MINUTE entry before Judge James F. Holderman : Status hearing held on 2/14/2008. Plaintiff is given to and including 4/1/2008 to amend all pleadings, and to 3/14/2008 to add any additional parties. Defendant is given to and including 4/15/2008 to amend all pleadings, and to 4/15/2008 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 8/29/2008. Defendant shall comply with FRCP(26)(a)(2) by 9/29/2008. Fact Discovery ordered closed by 7/30/2008. Parties are to meet with designated Magistrate Judge Schenkier during early August, 2008 for a settlement conference. This case will be referred to Magistate Judge Schenkier for discovery disputes and settlement conference. Expert Discovery ordered closed by 9/30/2008. Dispositive motions with supporting memoranda due by 12/1/2008; responses due by 12/22/2008. Replies due by 1/9/2009. On defendant's motion to dismiss Count III of Plaintiff's Complaint [Rule 12(B)(6)] [12], response due by 3/6/2008; reply due 3/20/2008. The Court to rule electronically. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.