UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Isiah W. Stroud Jr.
                                  Plaintiff,

v.                                                        Case No.: 1:07−cv−06510
                                                                 Honorable James F. Holderman

Illinois Housing Development Authority
                                  Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Sidney I. Schenkier for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am)Mailed notice.


Dated: February 14, 2008

                                                                         /s/ James F. Holderman

                                                                      United States District Judge