# United States District Court
# Northern District of Illinois

In the Matter of

Isiah W. Stroud

v.

Illinois Housing Department Auth.

Case No. 07 C 6510

Assigned Judge
James F. Holderman

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR REFERRAL TO ANOTHER MAGISTRATE JUDGE

I recommend to the Executive Committee that the reference of the above captioned case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
Magistrate Judge Sidney I. Schenkier

Dated: February 19, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual magistrate judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: FEB 2 0 2008

Recusal/Referral - Magistrate Judge (Rev. 9/99)

■   In accordance with Internal Operating Procedure 14(B) I recuse myself from this case assigned to my calendar pursuant to Local Rule 72.1 or Local Criminal Rule 50.3(D) for the reasons specifically set forth below:

Judge Schenkier's former law firm is representing the defendant.

---

☐   Two or more recusals have been entered in this case. The initial recusal was by Magistrate Judge ____ .

