**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Isiah W. Stroud Jr.
                        Plaintiff,

v.                                    Case No.: 1:07−cv−06510
                                              Honorable James F. Holderman

Illinois Housing Development Authority
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge James F. Holderman : Status hearing held on 2/28/2008 and is continued to 3/6/2008 at 9:00 AM. Parties to file an amended Form 35 by 3/4/2008, if necessary. Counsel for both side shall appear at the next status hearing. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.