## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Isiah W. Stroud Jr.

                                    Plaintiff,

v.                                                                 Case No.: 1:07−cv−06510
                                                                    Honorable James F. Holderman

Illinois Housing Development Authority

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge James F. Holderman : Status hearing held on 3/6/2008. On Defendant Illinois Housing Development Authority's motion to dismiss Count III of Plaintiff's Complaint [Rule 12(B)(6)] [12], response due by 3/13/2008; reply due by 3/20/2008. The Court to rule electronically. The scheduling order set on 2/14/2008 will remain in effect except for parties Rule 26 (a)(1) disclosures will be due 3/22/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.