IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISIAH W. STROUD, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.  07 C 6510 |
| v. | ) |
| | ) Judge Holderman |
| ILLINOIS HOUSING DEVELOPMENT AUTHORITY, | ) |
| | ) |
| | ) Magistrate Judge |
| Defendant. | ) Ashman |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 13th day of March, 2008, Plaintiff shall file the attached Response to Defendants' motion to dismiss count three of the complaint with the clerk of the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

___*Armand L. Andry*___
Attorney for Plaintiff

ARMAND L. ANDRY
Attorney for Plaintiff
One South Dearborn
Suite 2100
Chicago, Illinois 60603
773/626-3058

## CERTIFICATE OF SERVICE

I, Armand L. Andry, an attorney, certify that I caused to be served a copy of the foregoing by filing a copy with the court's ECF system.

___*Armand L. Andry*___

1