IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ISIAH W. STROUD, JR., ) | |
| ) | No. 07-CV-6510 |
| Plaintiff, ) | |
| ) | Judge Holderman |
| v. ) | |
| ) | Magistrate Judge Cole |
| ILLINOIS HOUSING ) | |
| DEVELOPMENT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims against all parties are hereby dismissed with prejudice, with each party to bear his or its attorneys' fees and costs.

/s/  Armand L. Andry
Armand L. Andry
Armand L. Andry & Associates
One South Dearborn, Suite 2100
Chicago, IL 60603
Counsel for Plaintiff
773/626-3058

**ATTORNEY FOR PLAINTIFF
STROUD**

/s/  David Jiménez-Ekman
David Jiménez-Ekman
Reena R. Bajowala
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
(312) 923-2683
(312) 840-7683 (fax)

**ATTORNEYS FOR DEFENDANT
ILLINOIS HOUSING DEVELOPMENT
AUTHORITY**

Dated:  September _5__, 2008