UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Isiah W. Stroud Jr.
                            Plaintiff,

v.                                            Case No.: 1:07−cv−06510
                                             Honorable James F. Holderman

Illinois Housing Development Authority
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable James F. Holderman: By stipulation of the parties, this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); each party to bear his or its attorneys' fees and costs. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.